| Statement of Earnings For: | Wayne L Waltman | | | | | | Strativia LLC |
|---|---|---|---|---|---|---|---|
| Employee #: | 101 | Employee | 17 | Period Begin: | 9/7/2019 | Check Date: | 9/30/2019 |
| Clock Number: | | | | Period End: | 9/21/2019 | Pay Type: | Hourly |
| SSN: | XXX-XX-2377 | Federal Filing: | Single | Exemptions: | 2 | Additional Tax: | |
| Company Id: | 3867 | State Filing: | | Exemptions: | | Additional Tax: | |

Strativia LLC
1401 Mercantile Lane
Suite 501
Largo, MD 20774
301-362-6555

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3345457 | $0.00 | $3,092.19 | $2,307.00 | |

### EARNINGS  *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 38.6524 | 64.00 | 2,473.75 | 1,372.00 | 53,007.98 |
| Sick | 38.6524 | 8.00 | 309.22 | 42.00 | 1,621.87 |
| Vacation | 38.6524 | 8.00 | 309.22 | 90.00 | 3,475.64 |
| Overtime | | 0.00 | 0.00 | 34.00 | 1,971.27 |
| Holiday | | 0.00 | 0.00 | 56.00 | 2,159.92 |
| Additional Pay | | 0.00 | 0.00 | 0.00 | 49.23 |
| **Total:** | | **80.00** | **3,092.19** | **1,594.00** | **62,285.91** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 189.20 | 3,719.94 |
| MED EE | 44.25 | 869.99 |
| FEDERAL WH | 386.96 | 8,091.02 |
| PENNSYLVANIA | 93.68 | 1,841.95 |
| PENN TWP (YORK) | 30.52 | 349.91 |
| SOUTH WESTERN | 0.00 | 250.11 |
| **Total:** | **744.61** | **15,122.92** |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 11.31 | 230.62 |
| Medical | 0.00 | 1,685.92 |
| Vision | 3.29 | 6.58 |
| Voluntary Life | 15.20 | 212.80 |
| Hospital Indemn | 10.78 | 150.92 |
| **Total:** | **40.58** | **2,286.84** |

### CURRENT PERIOD LEAVE ACCRUAL

| | | | | | |
|---|---|---|---|---|---|
| Vacation | Accrued: 5.0000 | Taken: 8.00 | Balance 77.00 |
| Sick | Accrued: 2.3330 | Taken: 8.00 | Balance 16.15 |
| Leave W/Out | Accrued: 0.0000 | Taken: 0.00 | Balance 0.00 |

### DISTRIBUTION OF NET PAY

| | | | |
|---|---|---|---|
| Checking | Account: ####4829 | Deposit Amount: | 2,307.00 |



Strativia LLC
1401 Mercantile Lane
Suite 501
Largo, MD 20774
301-362-6555

| CHECK DATE | VOUCHER ID |
|---|---|
| 9/30/2019 | V3345457 |

**TOTAL NET PAY**
******$2,307.00

101 17
**Wayne L Waltman**
250 Bankert Road
Hanover, PA 17331

**NOT NEGOTIABLE**

| Statement of Earnings For: | Wayne L Waltman | | | | | | | Strativia LLC | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: | 101 | Employee | 17 | Period Begin: | 8/22/2019 | Check Date: | 9/13/2019 | 1401 Mercantile Lane | |
| Clock Number: | | | | Period End: | 9/6/2019 | Pay Type: | Hourly | Suite 501 | |
| SSN: | XXX-XX-2377 | Federal Filing: | Single | Exemptions: | 2 | Additional Tax: | | Largo, MD 20774 | |
| Company Id: | 3867 | State Filing: | | Exemptions: | | Additional Tax: | | 301-362-6555 | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3308783 | $0.00 | $3,710.63 | $2,716.90 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 38.6524 | 88.00 | 3,401.41 | 1,308.00 | 50,534.23 | SOC SEC EE | 227.54 | 3,530.74 | Dental | 11.31 | 219.31 |
| Holiday | 38.6524 | 8.00 | 309.22 | 56.00 | 2,159.92 | MED EE | 53.22 | 825.74 | Medical | 0.00 | 1,685.92 |
| Overtime | | 0.00 | 0.00 | 34.00 | 1,971.27 | FEDERAL WH | 523.02 | 7,704.06 | Vision | 3.29 | 3.29 |
| Sick | | 0.00 | 0.00 | 34.00 | 1,312.65 | PENNSYLVANIA | 112.67 | 1,748.27 | Voluntary Life | 15.20 | 197.60 |
| Vacation | | 0.00 | 0.00 | 82.00 | 3,166.42 | PENN TWP (YORK) | 36.70 | 319.39 | Hospital Indemn | 10.78 | 140.14 |
| Additional Pay | | 0.00 | 0.00 | 0.00 | 49.23 | SOUTH WESTERN | 0.00 | 250.11 | | | |
| Total: | | 96.00 | 3,710.63 | 1,514.00 | 59,193.72 | Total: | 953.15 | 14,378.31 | Total: | 40.58 | 2,246.26 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 5.0000 | Taken: | 0.00 | Balance 80.00 | Checking | Account: ####4829 | Deposit Amount: | 2,716.90 |
| Sick | Accrued: | 2.3330 | Taken: | 0.00 | Balance 21.82 | | | | |
| Leave W/Out | Accrued: | 0.0000 | Taken: | 0.00 | Balance 0.00 | | | | |



Strativia LLC
1401 Mercantile Lane
Suite 501
Largo, MD 20774
301-362-6555

| CHECK DATE | VOUCHER ID |
|---|---|
| 9/13/2019 | V3308783 |

| TOTAL NET PAY |
|---|
| ******$2,716.90 |

101 17
**Wayne L Waltman**
250 Bankert Road
Hanover, PA 17331

**NOT NEGOTIABLE**

| Statement of Earnings For: | Wayne L Waltman | | | | | | Strativia LLC |
|---|---|---|---|---|---|---|---|
| Employee #: 101 | Employee 17 | Period Begin: 8/7/2019 | Check Date: 8/30/2019 | | | | 1401 Mercantile Lane |
| Clock Number: | | Period End: 8/21/2019 | Pay Type: Hourly | | | | Suite 501 |
| SSN: XXX-XX-2377 | Federal Filing: Single | Exemptions: 2 | Additional Tax: | | | | Largo, MD 20774 |
| Company Id: 3867 | State Filing: | Exemptions: | Additional Tax: | | | | 301-362-6555 |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3258333 | $0.00 | $3,401.41 | $2,443.17 | |

| EARNINGS | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 38.6524 | 88.00 | 3,401.41 | 1,220.00 | 47,132.82 | SOC SEC EE | 201.94 | 3,303.20 | Dental | 13.00 | 208.00 |
| Overtime | | 0.00 | 0.00 | 34.00 | 1,971.27 | MED EE | 47.22 | 772.52 | Medical | 105.37 | 1,685.92 |
| Sick | | 0.00 | 0.00 | 34.00 | 1,312.65 | FEDERAL WH | 432.16 | 7,181.04 | Voluntary Life | 15.20 | 182.40 |
| Holiday | | 0.00 | 0.00 | 48.00 | 1,850.70 | PENNSYLVANIA | 99.99 | 1,635.60 | Hospital Indemn | 10.78 | 129.36 |
| Vacation | | 0.00 | 0.00 | 82.00 | 3,166.42 | PENN TWP (YORK) | 32.58 | 282.69 | | | |
| Additional Pay | | 0.00 | 0.00 | 0.00 | 49.23 | SOUTH WESTERN | 0.00 | 250.11 | | | |
| Total: | | 88.00 | 3,401.41 | 1,418.00 | 55,483.09 | Total: | 813.89 | 13,425.16 | Total: | 144.35 | 2,205.68 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: 5.0000 | Taken: 0.00 | Balance | 75.00 | Checking | Account: ####4829 | Deposit Amount: | 2,443.17 |
| Sick | Accrued: 2.3330 | Taken: 0.00 | Balance | 19.49 | | | | |
| Leave W/Out | Accrued: 0.0000 | Taken: 0.00 | Balance | 0.00 | | | | |



Strativia LLC
1401 Mercantile Lane
Suite 501
Largo, MD 20774
301-362-6555

| CHECK DATE | VOUCHER ID |
|---|---|
| 8/30/2019 | V3258333 |

| TOTAL NET PAY |
|---|
| ******$2,443.17 |

101 17
**Wayne L Waltman**
250 Bankert Road
Hanover, PA 17331

**NOT NEGOTIABLE**

| Statement of Earnings For: | Wayne L Waltman | | | Period Begin: 7/22/2019 | Check Date: 8/15/2019 | Strativia LLC |
|---|---|---|---|---|---|---|
| Employee #: | 101 | Employee | 17 | Period End: 8/6/2019 | Pay Type: Hourly | 1401 Mercantile Lane |
| Clock Number: | | Federal Filing: | Single | Exemptions: 2 | Additional Tax: | Suite 501 |
| SSN: | XXX-XX-2377 | State Filing: | | Exemptions: | Additional Tax: | Largo, MD 20774 |
| Company Id: | 3867 | | | | | 301-362-6555 |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3213444 | $0.00 | $3,710.63 | $2,648.12 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 38.6524 | 80.00 | 3,092.19 | 1,132.00 | 43,731.41 | SOC SEC EE | 221.11 | 3,101.26 | Dental | 13.00 | 195.00 |
| Sick | 38.6524 | 8.00 | 309.22 | 34.00 | 1,312.65 | MED EE | 51.72 | 725.30 | Medical | 105.37 | 1,580.55 |
| Vacation | 38.6524 | 8.00 | 309.22 | 82.00 | 3,166.42 | FEDERAL WH | 500.19 | 6,748.88 | Voluntary Life | 15.20 | 167.20 |
| Overtime | | 0.00 | 0.00 | 34.00 | 1,971.27 | PENNSYLVANIA | 109.48 | 1,535.61 | Hospital Indemn | 10.78 | 118.58 |
| Holiday | | 0.00 | 0.00 | 48.00 | 1,850.70 | PENN TWP (YORK) | 17.83 | 250.11 | | | |
| Additional Pay | | 0.00 | 0.00 | 0.00 | 49.23 | SOUTH WESTERN | 17.83 | 250.11 | | | |
| **Total:** | | 96.00 | 3,710.63 | 1,330.00 | 52,081.68 | **Total:** | 918.16 | 12,611.27 | **Total:** | 144.35 | 2,061.33 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: 5.0000 | Taken: 8.00 | Balance 70.00 | | | Checking | Account: ####4829 | Deposit Amount: 2,648.12 |
| Sick | Accrued: 2.3330 | Taken: 8.00 | Balance 17.15 | | | | | |
| Leave W/Out | Accrued: 0.0000 | Taken: 0.00 | Balance 0.00 | | | | | |



Strativia LLC
1401 Mercantile Lane
Suite 501
Largo, MD 20774
301-362-6555

| CHECK DATE | VOUCHER ID |
|---|---|
| 8/15/2019 | V3213444 |

| TOTAL NET PAY |
|---|
| ******$2,648.12 |

101 17
**Wayne L Waltman**
250 Bankert Road
Hanover, PA 17331

**NOT NEGOTIABLE**

| Statement of Earnings For: | Wayne L Waltman | | | Period Begin: | 7/7/2019 | Check Date: | 7/30/2019 | Strativia LLC |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 101 | Employee | 17 | Period End: | 7/21/2019 | Pay Type: | Hourly | 1401 Mercantile Lane |
| Clock Number: | | Federal Filing: | Single | Exemptions: | 2 | Additional Tax: | | Suite 501 |
| SSN: | XXX-XX-2377 | State Filing: | | Exemptions: | | Additional Tax: | | Largo, MD 20774 |
| Company Id: | 3867 | | | | | | | 301-362-6555 |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3165809 | $0.00 | $3,585.01 | $2,564.87 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 38.6524 | 80.00 | 3,092.19 | 1,052.00 | 40,639.22 | SOC SEC EE | 213.32 | 2,880.15 | Dental | 13.00 | 182.00 |
| Overtime | 57.9786 | 8.50 | 492.82 | 34.00 | 1,971.27 | MED EE | 49.89 | 673.58 | Medical | 105.37 | 1,475.18 |
| Sick | | 0.00 | 0.00 | 26.00 | 1,003.43 | FEDERAL WH | 472.55 | 6,248.69 | Voluntary Life | 15.20 | 152.00 |
| Holiday | | 0.00 | 0.00 | 48.00 | 1,850.70 | PENNSYLVANIA | 105.63 | 1,426.13 | Hospital Indemn | 10.78 | 107.80 |
| Vacation | | 0.00 | 0.00 | 74.00 | 2,857.20 | PENN TWP (YORK) | 17.20 | 232.28 | | | |
| Additional Pay | | 0.00 | 0.00 | 0.00 | 49.23 | SOUTH WESTERN | 17.20 | 232.28 | | | |
| Total: | | 88.50 | 3,585.01 | 1,234.00 | 48,371.05 | Total: | 875.79 | 11,693.11 | Total: | 144.35 | 1,916.98 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: 5.0000 | Taken: 0.00 | Balance 73.00 | | | Checking | Account: ####4829 | Deposit Amount: | 2,564.87 |
| Sick | Accrued: 2.3330 | Taken: 0.00 | Balance 22.82 | | | | | | |
| Leave W/Out | Accrued: 0.0000 | Taken: 0.00 | Balance 0.00 | | | | | | |



Strativia LLC
1401 Mercantile Lane
Suite 501
Largo, MD 20774
301-362-6555

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/30/2019 | V3165809 |

| TOTAL NET PAY |
|---|
| ******$2,564.87 |

101 17
**Wayne L Waltman**
250 Bankert Road
Hanover, PA 17331

**NOT NEGOTIABLE**