B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Wayne Lee Waltman**  
Debtor(s)

Case No. **1:19-bk-04323**  
Chapter **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept ................................................... | $ **250.00 Per Hour** |
   | Prior to the filing of this statement I have received ...................................... | $ **1,000.00** |
   | Balance Due ........................................................................................................ | $ **Unknown at this time** |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☒ Debtor ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☒ Debtor ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Exemption planning and the rendering of advice as to lien avoidances, redemption, and reaffirmation agreements.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor in any dischargeability actions, lien avoidances, relief from stay actions or any other adversary proceeding, negotiations with secured creditors to reduce to market value, preparation and filing of reaffirmation agreements and applications as needed, motions to dismiss and other inquiries or actions by the United States Trustee's Office. Review of Court filings in the case periodically while it is pending to confirm that it is proceeding properly, and all other tasks, including but not limited to analytical tasks such as legal research, review of other filings, communication with the Debtor, and/or digestion of profit and loss material or other data necessary in order to competently prepare and draft the documents related to the Flat Rate tasks set forth above, and tasks made necessary by non-cooperation of third parties. All of these legal services, when needed, are performed either at a flat fee each as set forth in the fee agreement provided to the Debtor, or else at the hourly rate of $250 as set forth in the fee agreement provided to Debtor.**

In re **Wayne Lee Waltman** Case No. **1:19-bk-04323**

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **October 21, 2019** | **/s/ Tony Sangiamo** |
|---|---|
| *Date* | **Tony Sangiamo 44124** |
| | *Signature of Attorney* |
| | **Law Office of Tony Sangiamo** |
| | **1701 West Market Street** |
| | **P.O. Box 1324** |
| | **York, PA 17405** |
| | **717-718-1480  Fax: 717-326-1515** |
| | **tsanlaw@gmail.com** |
| | *Name of law firm* |