IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: **Wayne Lee Waltman,** | : | | |
| | : | CASE NO. | **19-bk-04323** |
| Debtor | : | | |
| | : | CHAPTER 13 | |

### CERTIFICATE OF SERVICE

I hereby certify that I this date served the within Order granting Motion to Attach Wages on the employer in question by depositing a true and correct copy of the same in the United States Mail at York, Pennsylvania, postage prepaid, certified mail, addressed as follows:

**Strativia LLC**
**1401 Mercantile Lane**
**Suite 501**
**Largo, MD 20774**

Dated: October 21, 2019

Signed:

/s/Tony Sangiamo, Esq.
Tony Sangiamo, Esq.
Attorney for Debtor(s)
1701 West Market Street
P.O. Box 1324
York, PA 17405
Phone: 717 718-1480
Fax: 717 326-1515
SUP CT ID# 44124
tsanlaw@gmail.com