```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 19-04323-HWV
Wayne Lee. Waltman                                                  Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: LyndseyPr            Page 1 of 1             Date Rcvd: Oct 16, 2019
                              Form ID: asextnd           Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
```
db              +Wayne Lee. Waltman,    250 Bankert Road,    Hanover, PA 17331-8612
5255533        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    Attn: Bankruptcy,    Po Box 982238,
                   El Paso, TX 79998)
5255534         +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
5255535         +Citibank/Sears,    Attn: Bankruptcy,    Po Box 6275,    Sioux Falls, SD 57117-6275
5255537         +DITECH FINANCIAL LLC,    C/O KML Law Group, PC,    701 Market Street Ste. 5000,
                   Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2019 19:31:39
                   PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5255536         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 16 2019 19:25:46     ComenityCapital/Boscov,
                   Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5255538         +E-mail/Text: bankruptcy.bnc@ditech.com Oct 16 2019 19:25:41     Ditech Financial Llc,
                   Po Box 6172,   Rapid City, SD 57709-6172
5255539          E-mail/Text: cio.bncmail@irs.gov Oct 16 2019 19:25:39     Internal Revenue Service,
                   Centralized Insolvency Operation,    P.O. Box 7346,   Philadelphia, PA 19101-7346
5255709         +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2019 19:31:52     Synchrony Bank,
                   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5255540         +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2019 19:31:31     Synchrony Bank/Amazon,
                   Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5255541         +E-mail/Text: EBankruptcy@UCFS.NET Oct 16 2019 19:26:24     United Consumer Financial Services,
                   Attn: Bankruptcy,    865 Bassett Rd,    Westlake, OH 44145-1194
                                                                                               TOTAL: 7

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Tony Santo Sangiamo    on behalf of Debtor 1 Wayne Lee. Waltman tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Wayne Lee. Waltman,      Chapter 13

**Debtor 1**

Case No.    1:19–bk–04323–HWV

## Notice

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on October 4, 2019.

The debtor(s) filed a Motion to Extend the Automatic Stay in this case. A hearing on this matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: 10/29/19** <br> **Time: 09:30 AM** |

Any objection/response to the Motion must be filed and served on the debtor(s) on or before **October 27, 2019**.

If an objection/response is not filed by the objecting deadline and the debtor(s) (has/have) filed an Affidavit setting forth sufficient facts to support the motion and satisfy §362(c)(3) or (c)(4), the Court may grant the motion without conducting a hearing.

If no Affidavit is filed prior to the objecting deadline, or if the Affidavit filed is insufficient to satisfy the terms of 11 U.S.C. §362(c)(3) or (c)(4), or if any objections are filed within the prescribed objecting deadline, a hearing on this matter will be held.

**Consideration of a request to extend/impose the automatic stay must be accomplished within thirty (30) days of the bankruptcy petition filing date. It is the debtor(s)'s responsibility to request expedited consideration of a motion to extend when required.**

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.BR. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 16, 2019 |

**asextnd (Notice of Hearing to Extend/Impose Stay) (05/18)**