```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 19-04323-HWV
Wayne Lee. Waltman                                                  Chapter 13
          Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh             Page 1 of 1           Date Rcvd: Oct 29, 2019
                              Form ID: pdf010           Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
```
db              +Wayne Lee. Waltman,    250 Bankert Road,    Hanover, PA 17331-8612
5255533        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
5255534         +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
5255535         +Citibank/Sears,    Attn: Bankruptcy,    Po Box 6275,    Sioux Falls, SD 57117-6275
5255537         +DITECH FINANCIAL LLC,    C/O KML Law Group, PC,    701 Market Street Ste. 5000,
                 Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2019 19:13:23
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5255536         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 29 2019 19:14:14     ComenityCapital/Boscov,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5255538         +E-mail/Text: bankruptcy.bnc@ditech.com Oct 29 2019 19:14:13     Ditech Financial Llc,
                 Po Box 6172,    Rapid City, SD 57709-6172
5255539          E-mail/Text: cio.bncmail@irs.gov Oct 29 2019 19:14:10     Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
5255709         +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 19:13:35     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5255540         +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 19:13:11     Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5255541         +E-mail/Text: EBankruptcy@UCFS.NET Oct 29 2019 19:14:27     United Consumer Financial Services,
                 Attn: Bankruptcy,    865 Bassett Rd,    Westlake, OH 44145-1194
                                                                                              TOTAL: 7
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Tony Santo Sangiamo    on behalf of Debtor 1 Wayne Lee. Waltman tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Wayne Lee Waltman, | : | |
| Debtor | : | Case No. 1:19-bk-04323-HWV |

ORDER OF COURT
GRANTING DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY
AS TO ALL CREDITORS

AND NOW, after due consideration of Debtor's Motion to Extend Automatic Stay, any objection thereto, and the record herein, it is by the United States Bankruptcy Court for the Middle District of Pennsylvania, hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the automatic stay enjoyed by Debtor in this matter is extended as to all creditors for the life of the case or until further Order of Court.

Dated: October 29, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)