```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 19-04323-HWV
Wayne Lee. Waltman                                                  Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: LyndseyPr            Page 1 of 1              Date Rcvd: Dec 13, 2019
                               Form ID: ntnew341          Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
```
db             +Wayne Lee. Waltman,    250 Bankert Road,    Hanover, PA 17331-8612
5255533       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    Attn: Bankruptcy,   Po Box 982238,
                 El Paso, TX 79998)
5255534        +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,   Wilmington, DE 19850-5298
5255535        +Citibank/Sears,    Attn: Bankruptcy,    Po Box 6275,   Sioux Falls, SD 57117-6275
5255537        +DITECH FINANCIAL LLC,    C/O  KML Law Group, PC,    701 Market Street  Ste. 5000,
                 Philadelphia, PA 19106-1541
5273073         Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ 85284-0046
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2019 19:18:24
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5255536        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 13 2019 19:10:58     ComenityCapital/Boscov,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5255538        +E-mail/Text: bankruptcy.bnc@ditech.com Dec 13 2019 19:10:56      Ditech Financial Llc,
                 Po Box 6172,   Rapid City, SD 57709-6172
5255539         E-mail/Text: cio.bncmail@irs.gov Dec 13 2019 19:10:54      Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,   Philadelphia, PA 19101-7346
5281751         E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 13 2019 19:11:12      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
5278415         E-mail/Text: bnc-quantum@quantum3group.com Dec 13 2019 19:11:00
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
5255709        +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2019 19:18:46     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5255540        +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2019 19:18:47     Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5255541        +E-mail/Text: EBankruptcy@UCFS.NET Dec 13 2019 19:11:28      United Consumer Financial Services,
                 Attn: Bankruptcy,    865 Bassett Rd,    Westlake, OH 44145-1194
                                                                                             TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Tony Santo Sangiamo    on behalf of Debtor 1 Wayne Lee. Waltman tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Wayne Lee. Waltman,    Chapter  13

**Debtor 1**

Case No.  1:19−bk−04323−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: February 6, 2020<br>Time: 11:00 AM |

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: LyndseyPrice, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM    Date: December 13, 2019

ntnew341 (04/18)