```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                         Case No. 19-04323-HWV
Wayne Lee. Waltman                                             Chapter 13
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke            Page 1 of 1            Date Rcvd: Feb 10, 2020
                              Form ID: ntcnfhrg          Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2020.
```
db          +Wayne Lee. Waltman,    250 Bankert Road,    Hanover, PA 17331-8612
5255533    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    Attn: Bankruptcy,    Po Box 982238,
             El Paso, TX 79998)
5255534     +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
5255535     +Citibank/Sears,    Attn: Bankruptcy,    Po Box 6275,    Sioux Falls, SD 57117-6275
5255537     +DITECH FINANCIAL LLC,    C/O  KML Law Group, PC,    701 Market Street  Ste. 5000,
             Philadelphia, PA 19106-1541
5273073      Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ 85284-0046
5291181      New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
5291182      New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826,
             New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 10 2020 20:08:19
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5255536     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 10 2020 20:04:47      ComenityCapital/Boscov,
             Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5255538     +E-mail/Text: bankruptcy.bnc@ditech.com Feb 10 2020 20:04:44      Ditech Financial Llc,
             Po Box 6172,    Rapid City, SD 57709-6172
5255539      E-mail/Text: cio.bncmail@irs.gov Feb 10 2020 20:04:39      Internal Revenue Service,
             Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
5281751      E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 10 2020 20:05:07      Jefferson Capital Systems LLC,
             Po Box 7999,    Saint Cloud Mn 56302-9617
5278415      E-mail/Text: bnc-quantum@quantum3group.com Feb 10 2020 20:04:49
             Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
             Kirkland, WA 98083-0788
5255709     +E-mail/PDF: gecsedi@recoverycorp.com Feb 10 2020 20:07:34      Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5255540     +E-mail/PDF: gecsedi@recoverycorp.com Feb 10 2020 20:07:34      Synchrony Bank/Amazon,
             Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5255541     +E-mail/Text: EBankruptcy@UCFS.NET Feb 10 2020 20:05:28      United Consumer Financial Services,
             Attn: Bankruptcy,    865 Bassett Rd,    Westlake, OH 44145-1194
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             New Residential Mortgage LLC
                                                                                   TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Tony Santo Sangiamo    on behalf of Debtor 1 Wayne Lee. Waltman tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Wayne Lee. Waltman,      Chapter     13

**Debtor 1**

Case No.     1:19–bk–04323–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 18, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: March 25, 2020 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 10, 2020 |

ntcnfhrg (03/18)