# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE

Wayne Lee Waltman

CHAPTER 13

CASE NO.: 1:19-bk-04323

Debtor(s) | Application for Refund

I, the undersigned petitioner, under penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. I am petitioning for a refund in the total amount of $ 310.00 for document no(s). N/A (enter docket numbers) filed in the above-named case on the following date(s) January 27, 2020 on behalf of the ☑ debtor(s) ☐ creditor (check one).

2. Receipt # 631745 for the overpayment of filing fee was issued January 27, 2020 in the amount of $310.00.

3. A refund is warranted in this matter because (state reason(s) why a refund should be issued):
The filing fe was previously paid by Counsel on behalf of Debtor on October 16, 2019. Debtor then sent in a cashiers check to the Clerk to pay the filing fee again on January 27, 2020.

4. Refund should be sent to: (name and complete address)
Wayne Lee Waltman 250 Bankert Rd., Hanover, PA 17331

5. I understand that, pursuant to 18 U.S.C. § 152, I may be subject to fines not more than $5,000, or imprisonment not more than five (5) years, or both, if I have knowingly and fraudulently made any false statements in this document.

6. I understand that it will take approximately 6-8 weeks to receive this refund.

Executed on February 14, 2020

_____
Applicant's signature

Type or Print Name below:
Tony Sangiamo, Esquire

Address of Applicant:
PO Box 1324
York, PA 17405