```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 19-04323-HWV
Wayne Lee. Waltman                                              Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 1          Date Rcvd: Feb 18, 2020
                          Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.
db              +Wayne Lee. Waltman,    250 Bankert Road,    Hanover, PA 17331-8612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Tony Santo Sangiamo    on behalf of Debtor 1 Wayne Lee. Waltman tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Wayne Lee Waltman | Chapter: | 13 |
| Debtor 1 | Case No.: | 1:19-bk-04323-HWV |

## ORDER REFUNDING FEE

Receipt #631745, issued on January 27, 2020, resulted in an overpayment of the filing fee in the amount of $310.00. The refund should be sent to Wayne Lee Waltman at 250 Bankert Road, Hanover, Pennsylvania 17331.

**IT IS HEREBY ORDERED** that a refund be issued in the amount of $310.00.

Dated: February 18, 2020

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (SE)

Order for Refund - Revised 04/18