```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                               Case No. 19-04323-HWV
Wayne Lee. Waltman                                                   Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 1     Date Rcvd: Apr 17, 2020
                       Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2020.
        +Strativia LLC,    1401 Mercantile Lane,    Suite 501,    Largo, MD 20774-4301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2020 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         James    Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
         Tony Santo Sangiamo    on behalf of Debtor 1 Wayne Lee. Waltman tsanlaw@gmail.com,
         kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                  TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
Wayne Lee Waltman, :
        Debtor : Case No. 1:19-bk-04323-HWV

## ORDER GRANTING MOTION TO AMEND WAGE ATTACHMENT

AND NOW, upon consideration of Debtor's Motion to Amend Wage Attachment, any opposition thereto, and there record herein, it is by the United States Bankruptcy Court for the Middle District of Pennsylvania hereby:

IT IS ORDERED that until further Order of this Court, the entity from whom the Debtor receives income:

**Strativia LLC**
**1401 Mercantile Lane**
**Suite 501**
**Largo, MD 20774**

shall deduct from said debtor's income the sum of **$1,237.25** each biweekly paycheck, beginning October 30, 2019 upon receipt hereof, and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above debtor and to remit the deductible sums to:

Charles J. DeHart, III
Chapter 13 Trustee
P.O Box 7005
Lancaster PA 17604

IT IS FURTHER ORDERED that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor .

Dated: April 17, 2020      By the Court,

*Henry W. Van Eck* (LS)
Henry W. Van Eck, Chief Bankruptcy Judge