UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WAYNE LEE. WALTMAN
    Debtor(s)
CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant
vs.
WAYNE LEE. WALTMAN
    Respondent(s)

CHAPTER 13

CASE NO: 1-19-04323-HWV

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on October 21, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on March 19, 2020.

2. A hearing was held and an Order was entered on May 27, 2020 directing that an amended plan be filed within ninety (90) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

s/   James K. Jones, Esq.
Id:   39031
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA   17036
Ph.   717-566-6097
Fax. 717-566-8313
eMail: jjones@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WAYNE LEE. WALTMAN

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-19-04323-HWV

Movant

**NOTICE**

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg  
Bankruptcy Courtroom, 3rd Floor  
228 Walnut Street  
Harrisburg, PA 17101

Date: November 18, 2020

Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036  
Phone: (717) 566-6097  
Email: dehartstaff@pamd13trustee.com

Dated: October 21, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WAYNE LEE. WALTMAN

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

WAYNE LEE. WALTMAN

    Respondent(s)

CHAPTER 13

CASE NO: 1-19-04323-HWV

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 21, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| TONY SANGIAMO, ESQUIRE<br>1701 WEST MARKET STREET<br>P.O. BOX 1324<br>YORK, PA 17405- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| WAYNE LEE. WALTMAN<br>250 BANKERT ROAD<br>HANOVER, PA 17331 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 21, 2020

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

IN RE:   WAYNE LEE. WALTMAN

| | |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III | |
| CHAPTER 13 TRUSTEE | |
| Movant | |
| WAYNE LEE. WALTMAN | CASE NO: 1-19-04323-HWV |
| Respondent(s) | |

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.