UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Wayne Lee. Waltman**
    Debtor(s) : CHAPTER 13

    Charles J DeHart, III : CASE NO. **1:19-bk-04323-HWV**
    Chapter 13 Trustee
        Movant
vs

**Wayne Lee. Waltman**

    Respondent(s)

## STIPULATION

AND NOW, this ___ of _____, 20__ the Debtor(s) and Charles J DeHart, III, Standing Chapter 13 Trustee, do hereby stipulate that the Debtor(s) elect the following in satisfaction of the Trustee's Motion To Dismiss due to failure to file an Amended Plan (Debtor being unable to file an Amended Plan due to his own failure to file missing Income Tax Returns):

**CURE:**

DEBTOR WILL FILE ALL MISSING INCOME TAX RETURNS AND CERTIFY TO THE TRUSTEE THAT HE HAS DONE SO, ALL WITHIN 60 DAYS AFTER THE DATE THIS STIPULATION IS APPROVED BY THE COURT.

**DEFAULT:**

IN THE EVENT THE DEBTOR DOES NOT PERFORM ACCORDING TO THIS STIPULATION, THE CASE MAY BE DISMISSED UPON CERTIFICATION OF THE TRUSTEE, WITHOUT FURTHER NOTICE TO PARTIES OR FURTHER HEARING.

**AUTHORITY TO ENTER INTO STIPULATION:**

UNDERSIGNED COUNSEL FOR DEBTOR REPRESENTS TO THE TRUSTEE AND THE COURT THAT DEBTOR GRANTED HIM AUTHORITY TO ENTER INTO THIS STIPULATION ON HIS BEHALF DURING A TELEPHONE CALL TO DEBTOR AT DEBTOR'S TELEPHONE NUMBER ENDING IN 7140 AT 3:20 PM ON OCTOBER 26, 2020.

**COURT APPROVAL REQUESTED:**

THE PARTIES HERETO REQUEST COURT APPROVAL HEREOF.

_____
for Charles J DeHart, III, Trustee

_____
Tony Sangiamo, Esq., Counsel for Debtor