IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: **Wayne Lee Waltman,** :
: Case No. 1:19-bk-04323-HWV
**Debtor** :
: Chapter 13

WITHDRAWAL OF
STIPULATION

TO THE CLERK:

Kindly withdraw Stipulation, filed October 29, 2020, and docketed to Document No. 52.

Dated: October 29, 2020 Respectfully,

/s/Tony Sangiamo, Esquire
Tony Sangiamo, Esquire
Spm. Ct. ID # 44124
P.O. Box 1324
York, PA 17405
Phone: (717) 718-1480
Fax: (717) 326-1515
tsanlaw@gmail.com