UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**Wayne Lee. Waltman**
  Debtor(s) : CHAPTER 13

  Charles J DeHart, III : CASE NO. **1:19-bk-04323-HWV**
  Chapter 13 Trustee
    Movant
  vs

**Wayne Lee. Waltman**

  Respondent(s)

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Harrisburg, PA in said District,

Upon consideration of the STIPULATION filed on October 28, 2020 between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee's MOTION TO DISMISS for unconfirmable Plan filed on or about October 21, 2020,

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

Dated: October 29, 2020        By the Court,

                               _____
                               Henry W. Van Eck, Chief Bankruptcy Judge (CD)