UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: WAYNE LEE WALTMAN | CASE NO: 19-04323 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. 58 |

On 2/18/2021, I did cause a copy of the following documents, described below,

2nd Am Plan ECF Docket Reference No. 58

Notice of 2nd Amended Plan 58-1

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/18/2021

/s/ Tony Sangiamo
Tony Sangiamo  44124
Law Office of Tony Sangiamo
Po Box 1324
York, PA  17405
717 718 1480

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WAYNE LEE WALTMAN

CASE NO: 19-04323

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 58

On 2/18/2021, a copy of the following documents, described below,

2nd Am Plan ECF Docket Reference No. 58

Notice of 2nd Amended Plan 58-1

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/18/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Tony Sangiamo
Law Office of Tony Sangiamo
Po Box 1324
York, PA 17405

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-19-BK-04323-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>THU FEB 18 13-42-28 EST 2021 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| CITIBANKSEARS<br>ATTN BANKRUPTCY<br>PO BOX 6275<br>SIOUX FALLS SD 57117-6275 | COMENITYCAPITALBOSCOV<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | CM/ECF E-SERVICE<br>(+) DITECH FINANCIAL LLC<br>CO KML LAW GROUP PC<br>701 MARKET STREET STE 5000<br>PHILADELPHIA PA 19106-1541 |
| CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | CM/ECF E-SERVICE<br>(+) DITECH FINANCIAL LLC<br>PO BOX 12740<br>TEMPE AZ 85284-0046 | CM/ECF E-SERVICE<br>(+) DITECH FINANCIAL LLC<br>PO BOX 6172<br>RAPID CITY SD 57709-6172 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | NEW RESIDENTIAL MORTGAGE LLC<br>PO BOX 10826<br>GREENVILLE SC 29603-0826 |
| NEW RESIDENTIAL MORTGAGE LLC<br>PO BOX 10826<br>GREENVILLE SC 29603-0826 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | TONY SANTO SANGIAMO<br>1701 WEST MARKET STREET<br>PO BOX 1324<br>YORK PA 17405-1324 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| SYNCHRONY BANKAMAZON<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | UNITED CONSUMER FINANCIAL SERVICES<br>ATTN BANKRUPTCY<br>865 BASSETT RD<br>WESTLAKE OH 44145-1194 | CM/ECF E-SERVICE<br>(+) UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 |
| DEBTOR<br>WAYNE LEE WALTMAN<br>250 BANKERT ROAD<br>HANOVER PA 17331-8612 | JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 | |

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

```
Wayne Lee. Waltman                  United States Trustee              (Creditor)
250 Bankert Road                    228 Walnut Street, Suite 1190      PRA Receivables Management, LLC
Hanover, PA 17331                   Harrisburg, PA 17101               PO Box 41021
(Debtor 1)                          (Asst. U.S. Trustee)               Norfolk, VA 23541
represented by:
Tony Santo Sangiamo                 ustpregion03.ha.ecf@usdoj.gov      claims@recoverycorp.com
1701 West Market Street
PO Box 1324
York, PA 17405

tsanlaw@gmail.com




(Creditor)                          (Trustee)
Ditech Financial LLC                8125 Adams Drive, Suite A
represented by:                     Hummelstown, PA 17036
James Warmbrodt
701 Market Street Suite 5000        dehartstaff@pamd13trustee.com
Philadephia, PA 19106

jwarmbrodt@kmllawgroup.com
```