UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE:<br>WAYNE LEE WALTMAN | CASE NO: 19-04323<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 68 |
|---|---|

On 8/19/2021, I did cause a copy of the following documents, described below,

Fee Application ECF Docket Reference No. 68

Notice of Fee Application 68-8

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/19/2021

/s/ Tony Sangiamo
Tony Sangiamo  44124

Law Office of Tony Sangiamo
PO Box 1324
York, PA  17405
717 718 1480

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
WAYNE LEE WALTMAN

CASE NO: 19-04323

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 68

On 8/19/2021, a copy of the following documents, described below,

Fee Application ECF Docket Reference No. 68

Notice of Fee Application 68-8

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/19/2021



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Tony Sangiamo
Law Office of Tony Sangiamo
PO Box 1324
York, PA 17405

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING        BANK OF AMERICA                         JPMORGAN CHASE BANK N A
03141                                   PO BOX 982238                           BANKRUPTCY MAIL INTAKE TEAM
CASE 1-19-BK-04323-HWV                  EL PASO TX 79998-2238                   700 KANSAS LANE FLOOR 01
MIDDLE DISTRICT OF PENNSYLVANIA                                                 MONROE LA 71203-4774
HARRISBURG
THU AUG 19 12-11-09 EDT 2021


CITIBANKSEARS                           COMENITYCAPITALBOSCOV                   DITECH FINANCIAL LLC
ATTN BANKRUPTCY                         ATTN BANKRUPTCY DEPT                    CO KML LAW GROUP PC
PO BOX 6275                             PO BOX 182125                           701 MARKET STREET STE 5000
SIOUX FALLS SD 57117-6275               COLUMBUS OH 43218-2125                  PHILADELPHIA PA 19106-1541


DITECH FINANCIAL LLC                    DITECH FINANCIAL LLC                    INTERNAL REVENUE SERVICE
PO BOX 12740                            PO BOX 6172                             CENTRALIZED INSOLVENCY OPERATION
TEMPE AZ 85284-0046                     RAPID CITY SD 57709-6172                PO BOX 7346
                                                                                PHILADELPHIA PA 19101-7346


JEFFERSON CAPITAL SYSTEMS LLC           NEW RESIDENTIAL MORTGAGE LLC            NEW RESIDENTIAL MORTGAGE LLC
PO BOX 7999                             PO BOX 10826                            PO BOX 10826
SAINT CLOUD MN 56302-7999               GREENVILLE SC 29603-0826                GREENVILLE SC 29603-0826
                                                                                NEW RESIDENTIAL MORTGAGE LLC
                                                                                PO BOX 10826
                                                                                GREENVILLE SC 29603-0826


PRA RECEIVABLES MANAGEMENT LLC          PENNSYLVANIA DEPARTMENT OF REVENUE      QUANTUM3 GROUP LLC AS AGENT FOR
PO BOX 41021                            BANKRUPTCY DIVISION                     COMENITY CAPITAL BANK
NORFOLK VA 23541-1021                   PO BOX 280946                           PO BOX 788
                                        HARRISBURG PA 17128-0946                KIRKLAND WA 98083-0788


TONY SANTO SANGIAMO                     SYNCHRONY BANK                          SYNCHRONY BANKAMAZON
1701 WEST MARKET STREET                 CO PRA RECEIVABLES MANAGEMENT LLC       ATTN BANKRUPTCY
PO BOX 1324                             PO BOX 41021                            PO BOX 965060
YORK PA 17405-1324                      NORFOLK VA 23541-1021                   ORLANDO FL 32896-5060


                                                                                DEBTOR
UNITED CONSUMER FINANCIAL SERVICES      UNITED STATES TRUSTEE                   WAYNE LEE WALTMAN
ATTN BANKRUPTCY                         228 WALNUT STREET SUITE 1190            250 BANKERT ROAD
865 BASSETT RD                          HARRISBURG PA 17101-1722                HANOVER PA 17331-8612
WESTLAKE OH 44145-1194


JAMES WARMBRODT                         JACK N ZAHAROPOULOS
701 MARKET STREET SUITE 5000            ATTN CHAPTER 13 TRUSTEE
PHILADEPHIA PA 19106-1541               8125 ADAMS DRIVE SUITE A
                                        HUMMELSTOWN PA 17036-8625
```

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

| | | |
|---|---|---|
| (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br><br>info@pamd13trustee.com | Wayne Lee. Waltman<br>250 Bankert Road<br>Hanover, PA 17331<br>(Debtor 1)<br>represented by:<br>Tony Santo Sangiamo<br>1701 West Market Street<br>PO Box 1324<br>York, PA 17405<br><br>tsanlaw@gmail.com | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101<br>(Asst. U.S. Trustee)<br><br>ustpregion03.ha.ecf@usdoj.gov |
| (Creditor)<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br><br>claims@recoverycorp.com | (Creditor)<br>Ditech Financial LLC<br>represented by:<br>James Warmbrodt<br>701 Market Street Suite 5000<br>Philadephia, PA 19106<br><br>jwarmbrodt@kmllawgroup.com | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br>(Former Trustee)<br><br>dehartstaff@pamd13trustee.com |