IN RE:    WAYNE LEE. WALTMAN

                    Debtor(s)
                                                          CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                    Movant                                CASE NO: 1-19-04323-HWV

        vs.

WAYNE LEE. WALTMAN

                    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on November 15, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    <u>November 15, 2021</u>                      Respectfully submitted,

                                                <u>/s/    James K. Jones, Esquire</u>
                                                <u>ID:  39031</u>
                                                Attorney for Movant
                                                Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee
                                                8125 Adams Drive, Suite A
                                                Hummelstown, PA 17036
                                                Phone:  (717) 566-6097
                                                Fax:  (717) 566-8313
                                                eMail:  jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    WAYNE LEE. WALTMAN

                                    CHAPTER 13

          Debtor(s)


JACK N. ZAHAROPOULOS

CHAPTER 13 TRUSTEE                           CASE NO: 1-19-04323-HWV

          Movant


## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

> December 8, 2021 at 09:35 AM
> Bankruptcy Courtroom
> Ronald Reagan Federal Bldg
> 3rd Floor, 228 Walnut Street
> Harrisburg, PA 17101


YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.    You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**AMOUNT DELINQUENT AS OF LAST MONTH:  $ 9283.47**
**AMOUNT DUE FOR THIS MONTH:  $2552.34**
**TOTAL AMOUNT DUE BEFORE HEARING DATE:  $11835.81**

**NOTE:**
        **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

        **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

        If **submitting payment by U.S. First Class Mail** mail to**:**
                **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

        If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
Dated:  November 15, 2021                    eMail:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    WAYNE LEE. WALTMAN

                              CHAPTER 13

        Debtor(s)

    JACK N. ZAHAROPOULOS              CASE NO: 1-19-04323-HWV
    CHAPTER 13 TRUSTEE
        Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 15, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties at Hummelstown, PA, unless served electronically.

                    Served Electronically

TONY SANGIAMO, ESQUIRE              UNITED STATES TRUSTEE
343 WEST MARKET STREET              SUITE 1190
P.O. BOX 1324                       228 WALNUT STREET
YORK, PA  17401-                    HARRISBURG, PA  17101

                    Served by First Class Mail

WAYNE LEE. WALTMAN
250 BANKERT ROAD
HANOVER, PA  17331

I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 15, 2021              Bobbie Weigel
                                      for Jack N. Zaharopoulos, Trustee
                                      Suite A, 8125 Adams Dr.
                                      Hummelstown, PA  17036
                                      Phone:  (717) 566-6097
                                      eMail: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    WAYNE LEE. WALTMAN

              Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
              Movant

CASE NO: 1-19-04323-HWV

vs.

WAYNE LEE. WALTMAN

MOTION TO DISMISS


## ORDER DISMSSING CASE

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.