# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Wayne Lee Waltman<br><br>Debtor(s) | Case No.: 19-04323 HWV<br><br>Chapter 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE in relation to a claim secured by real property commonly known as 250 Bankert Road, Hanover, PA 17331 and identified by account number ******9-697 .

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
bankruptcy@powerskirn.com

Dated: January 26, 2022

POWERS KIRN, LLC

By: /s/ Jill Manuel-Coughlin
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Sarah K. McCaffery, Esq.; Atty ID #311728
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Wayne Lee Waltman<br><br>Debtor(s) | Case No.: 19-04323 HWV<br><br>Chapter 13 |

## CERTIFICATION OF SERVICE
## OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on January 26, 2022.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

<u>Parties served via Electronic Notification:</u>

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown PA 17036
dcook@pamd13trustee.com
Trustee

Tony Santo Sangiamo, Esquire
45 North Duke Street, PO Box 1324
York, PA 17405
tsanlaw@juno.com
Attorney for Debtor/Debtors

<u>Parties served via First-Class Mail:</u>

Wayne Lee Waltman
250 Bankert Road
Hanover PA 17331
Debtor

Dated: January 26, 2022

POWERS KIRN, LLC

By: /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Sarah K. McCaffery, Esq.; Atty ID #311728
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant