**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    WAYNE LEE WALTMAN            CHAPTER 13

        Debtor(s)

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
           Movant                    CASE NO:  1-19-04323-HWV

        WAYNE LEE WALTMAN

        Respondent(s)

**<u>CERTIFICATION OF DEFAULT</u>**

      AND NOW on February 24, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

  - make the regular monthly payments to the trustee during the remaining term of the plan.

      As of February 24, 2022, the Debtor(s) is/are $16940.49 in arrears with a plan payment having last been made on Jun 25, 2021

      In accordance with said stipulation, the case may be dismissed

                                 Respectfully Submitted,
                                 <u>/s/  Matt Arcuri</u>
                                 for Jack N. Zaharopoulos, Trustee
                                 8125 Adams Drive, Suite A
                                 Hummelstown, PA  17036
                                 Phone:  (717) 566-6097

Dated: February 24, 2022

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    WAYNE LEE WALTMAN          CHAPTER 13

      Debtor(s)

      JACK N. ZAHAROPOULOS
      CHAPTER 13 TRUSTEE
      Movant                    CASE NO:   1-19-04323-HWV

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on February 24, 2022, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

TONY SANGIAMO, ESQUIRE          SERVED ELECTRONICALLY
343 WEST MARKET STREET
P.O. BOX 1324
YORK, PA  17401-


WAYNE LEE WALTMAN          SERVED BY 1ST CLASS MAIL
250 BANKERT ROAD
HANOVER, PA  17331


United States Trustee
228 Walnut Street
Suite 1190          SERVED ELECTRONICALLY
Harrisburg, PA  17101

I certify under penalty of perjury that the foregoing is true and correct.


Dated:  February 24, 2022          Respectfully submitted,
          <u>Matt Arcuri</u>
          for Jack N. Zaharopoulos, Trustee
          Suite A, 8125 Adams Dr.
          Hummelstown, PA  17036
          Phone:  (717) 566-6097
          eMail: info@pamd13trustee.com