In re:  Case No. 19-04323-HWV
Wayne Lee. Waltman  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Mar 17, 2022      Form ID: pdf010      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayne Lee. Waltman, 250 Bankert Road, Hanover, PA 17331-8612 |
| 5459094 | + | BARCLAYS MORTGAGE TRUST 2021-NPL1,, MORTGAGE-BACKED SECURITIES, SERIES 2021-, c/o Powers Kirn LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 5459095 | + | BARCLAYS MORTGAGE TRUST 2021-NPL1,, MORTGAGE-BACKED SECURITIES, SERIES 2021-, c/o Powers Kirn LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 BARCLAYS MORTGAGE TRUST 2021-NPL1, |
| 5255533 | + | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 5255537 | + | DITECH FINANCIAL LLC, C/O KML Law Group, PC, 701 Market Street Ste. 5000, Philadelphia, PA 19106-1541 |
| 5456865 | + | POWERS KIRN, LLC, Attorneys for BARCLAYS MORTGAGE TRUST, 2021-NPL1, MORTGAGE-BACKED, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 17 2022 18:48:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5255535 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 18:48:49 | Citibank/Sears, Attn: Bankruptcy, Po Box 6275, Sioux Falls, SD 57117-6275 |
| 5255536 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2022 18:43:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5255539 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 17 2022 18:43:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5281751 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 17 2022 18:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5255534 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 17 2022 18:48:42 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5291182 | | Email/Text: mtgbk@shellpointmtg.com | Mar 17 2022 18:43:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5291181 | | Email/Text: mtgbk@shellpointmtg.com | Mar 17 2022 18:43:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5278415 | | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2022 18:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5255709 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2022 18:48:47 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5255540 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2022 18:48:42 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po |

| Recip ID | Bypass Reason | Name and Address | | |
|---|---|---|---|---|
| 5255541 | + | Email/Text: EBankruptcy@UCFS.NET | Mar 17 2022 18:43:00 | United Consumer Financial Services, Attn: Bankruptcy, 865 Bassett Rd, Westlake, OH 44145-1194 Box 965060, Orlando, FL 32896-5060 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | New Residential Mortgage LLC |
| 5273073 | ## | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 5255538 | ##+ | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2022  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGEBACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Sarah K. McCaffery | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGEBACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Tony Santo Sangiamo | on behalf of Debtor 1 Wayne Lee. Waltman tsanlaw@gmail.com kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    Wayne Lee Waltman,
        Debtor : CHAPTER 13

Jack N. Zaharopoulos,
Chapter 13 Trustee : CASE NO: 1:19-bk-04323-HWV
        Movant
        vs.

Wayne Lee Waltman,
        Respondent

ORDER REINSTATING CASE

Upon consideration of Debtor's Motion to Reinstate Case, and all other matters of record, including a stipulation between Debtor and the Standing Chapter 13 Trustee, the Stipulation is approved and the case is REINSTATED.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 17, 2022