United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Wayne Lee. Waltman<br>     Debtor | Case No. 19-04323-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 2
Date Rcvd: Jun 28, 2024        Form ID: trc        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5459095 | + | BARCLAYS MORTGAGE TRUST 2021-NPL1,, MORTGAGE-BACKED SECURITIES, SERIES 2021-, c/o Powers Kirn LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 BARCLAYS MORTGAGE TRUST 2021-NPL1, |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGEBACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Karina Velter | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGEBACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE karina.velter@powerskirn.com, brausch@pincuslaw.com |
| Sarah K. McCaffery | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGEBACKED SECURITIES, SERIES |

| | |
|---|---|
| | 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE smccaffery@pincuslaw.com, ckohn@hoflawgroup.com |
| Tony Santo Sangiamo | on behalf of Debtor 1 Wayne Lee. Waltman tsanlaw@gmail.com kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-04323-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Wayne Lee. Waltman
250 Bankert Road
Hanover PA 17331

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/27/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: BARCLAYS MORTGAGE TRUST 2021-NPL1,, MORTGAGE-BACKED SECURITIES, SERIES 2021-, c/o Powers Kirn LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053, BARCLAYS MORTGAGE TRUST 2021-NPL1, | U.S. Bank National Association
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675
U.S. Bank National Association
c/o Shellpoint Mortgage Servicing |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/30/24

Terrence S. Miller
**CLERK OF THE COURT**