Certificate Number: 14912-PAM-DE-039089133

Bankruptcy Case Number: 19-04323


14912-PAM-DE-039089133

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>November 21, 2024</u>, at <u>11:24</u> o'clock <u>AM EST</u>, <u>Wayne Waltman</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 21, 2024</u>  By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>