Re:   Wayne Lee Waltman

Case No.: 1-19-04323 HWV

Chapter 13

**Debtor(s)**

# NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

## PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Shellpoint |
| Court Claim Number: | 02 |
| Last Four of Loan Number: | 7346 |
| Property Address if applicable: | 250 Bankert Rd |

## PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $54,041.53 |
| b. | Prepetition arrearages paid by the trustee: | $54,041.53 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $54,041.53 |

## PART 3: POSTPETITION MORTGAGE PAYMENT

| | |
|---|---|
| Mortgage was paid through the Trustee from November 2019 to October 2024 | |
| Current monthly mortgage payment: | $1,235.26 |
| The next post-petition payment was due on: | November 2024 |

## PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs

and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: November 27, 2024                               Respectfully submitted,


                                                       /s/ Jack N. Zaharopoulos
                                                       Standing Chapter 13 Trustee
                                                       Suite A, 8125 Adams Drive
                                                       Hummelstown, PA  17036
                                                       Phone:  (717) 566-6097
                                                       Fax:  (717) 566-8313
                                                       email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:  Wayne Lee Waltman

Case No.: 1-19-04323 HWV

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on November 27, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Tony Sangiamo, Esquire
343 West Market St
PO Box 1324
York  PA 17401

**Served by First Class Mail**
Shellpoint Mortgage Servicing
PO Box 10826
Greenville SC 29603-0826

Wayne Lee Waltman
250 Bankert Rd
Hanover PA 17331

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 27, 2024

/s/  Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

## Disbursements for Claim

**Case:** 19-04323  **WAYNE LEE WALTMAN**

SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE, SC  29603-0

**Acct No:** 7346

**Sequence:** 07
**Modify:**
**Filed Date:**
**Hold Code:**

|  |  |
|---|---|
| Amt Sched: $0.00 | Debt: $76,057.98 |
| Amt Due: $1,235.26 | Paid: $76,057.98 |
| Interest Paid: $0.00 | |
| Accrued Int: $0.00 | |
| Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5010** | **SHELLPOINT MORTGAGE SERVICING** | | | | | | | |
| 501-0 | SHELLPOINT MORTGAGE SERVICING | | 11/19/2024 | 2042316 | $1,235.26 | $0.00 | $1,235.26 | |
| | Payment for 9/2024 | | | | | | | |
| 501-0 | SHELLPOINT MORTGAGE SERVICING | | 11/19/2024 | 2042316 | $1,235.26 | $0.00 | $1,235.26 | |
| | Payment for 10/2024 | | | | | | | |
| 501-0 | SHELLPOINT MORTGAGE SERVICING | | 08/07/2024 | 2039340 | $1,235.26 | $0.00 | $1,235.26 | 08/14/2024 |
| | Payment for 7/2024 | | | | | | | |
| 501-0 | SHELLPOINT MORTGAGE SERVICING | | 08/07/2024 | 2039340 | $1,235.26 | $0.00 | $1,235.26 | 08/14/2024 |
| | Payment for 8/2024 | | | | | | | |
| 501-0 | SHELLPOINT MORTGAGE SERVICING | | 07/10/2024 | 2038442 | $1,235.26 | $0.00 | $1,235.26 | 07/17/2024 |
| | Payment for 6/2024 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 05/22/2024 | 2036365 | $1,235.26 | $0.00 | $1,235.26 | 05/28/2024 |
| | Payment for 5/2024 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 04/17/2024 | 2035371 | $1,476.47 | $0.00 | $1,476.47 | 04/26/2024 |
| | Payment for 3/2024 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 04/17/2024 | 2035371 | $1,476.47 | $0.00 | $1,476.47 | 04/26/2024 |
| | Payment for 4/2024 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 03/14/2024 | 2034406 | $1,476.47 | $0.00 | $1,476.47 | 03/25/2024 |
| | Payment for 2/2024 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 02/14/2024 | 2033446 | $1,476.47 | $0.00 | $1,476.47 | 02/23/2024 |
| | Payment for 12/2023 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 02/14/2024 | 2033446 | $1,476.47 | $0.00 | $1,476.47 | 02/23/2024 |
| | Payment for 1/2024 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 11/15/2023 | 2030673 | $1,476.47 | $0.00 | $1,476.47 | 11/21/2023 |
| | Payment for 10/2023 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 11/15/2023 | 2030673 | $1,476.47 | $0.00 | $1,476.47 | 11/21/2023 |
| | Payment for 11/2023 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 09/19/2023 | 2028729 | $1,476.47 | $0.00 | $1,476.47 | 09/25/2023 |
| | Payment for 9/2023 | | | | | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | GREGORY FUNDING, LLC | | 08/09/2023 | 2027722 | $1,476.47 | $0.00 | $1,476.47 | 08/16/2023 |
| | | | | | Payment for 8/2023 | | | |
| 501-0 | GREGORY FUNDING, LLC | | 07/11/2023 | 2026755 | $1,212.59 | $0.00 | $1,212.59 | 07/18/2023 |
| | | | | | Payment for 4/2023 | | | |
| 501-0 | GREGORY FUNDING, LLC | | 07/11/2023 | 2026755 | $1,476.47 | $0.00 | $1,476.47 | 07/18/2023 |
| | | | | | Payment for 5/2023 | | | |
| 501-0 | GREGORY FUNDING, LLC | | 07/11/2023 | 2026755 | $1,476.47 | $0.00 | $1,476.47 | 07/18/2023 |
| | | | | | Payment for 6/2023 | | | |
| 501-0 | GREGORY FUNDING, LLC | | 07/11/2023 | 2026755 | $1,476.47 | $0.00 | $1,476.47 | 07/18/2023 |
| | | | | | Payment for 7/2023 | | | |
| 501-0 | GREGORY FUNDING, LLC | | 03/15/2023 | 2022842 | $1,212.59 | $0.00 | $1,212.59 | 03/20/2023 |
| | | | | | Payment for 12/2022 | | | |
| 501-0 | GREGORY FUNDING, LLC | | 03/15/2023 | 2022842 | $1,212.59 | $0.00 | $1,212.59 | 03/20/2023 |
| | | | | | Payment for 1/2023 | | | |
| 501-0 | GREGORY FUNDING, LLC | | 03/15/2023 | 2022842 | $1,212.59 | $0.00 | $1,212.59 | 03/20/2023 |
| | | | | | Payment for 2/2023 | | | |
| 501-0 | GREGORY FUNDING, LLC | | 03/15/2023 | 2022842 | $1,212.59 | $0.00 | $1,212.59 | 03/20/2023 |
| | | | | | Payment for 3/2023 | | | |
| 501-0 | GREGORY FUNDING, LLC | | 03/15/2023 | 2022842 | $1,212.59 | $0.00 | $1,212.59 | 03/20/2023 |
| | | | | | Payment for 10/2022 | | | |
| 501-0 | GREGORY FUNDING, LLC | | 03/15/2023 | 2022842 | $1,212.59 | $0.00 | $1,212.59 | 03/20/2023 |
| | | | | | Payment for 11/2022 | | | |
| 501-0 | GREGORY FUNDING, LLC | | 09/13/2022 | 2016793 | $1,212.59 | $0.00 | $1,212.59 | 09/19/2022 |
| | | | | | Payment for 9/2022 | | | |
| 501-0 | GREGORY FUNDING, LLC | | 08/17/2022 | 2015750 | $1,212.59 | $0.00 | $1,212.59 | 08/22/2022 |
| | | | | | Payment for 8/2022 | | | |
| 501-0 | GREGORY FUNDING, LLC | | 07/13/2022 | 2014702 | $1,212.59 | $0.00 | $1,212.59 | 07/18/2022 |
| | | | | | Payment for 5/2022 | | | |
| 501-0 | GREGORY FUNDING, LLC | | 07/13/2022 | 2014702 | $1,212.59 | $0.00 | $1,212.59 | 07/18/2022 |
| | | | | | Payment for 6/2022 | | | |
| 501-0 | GREGORY FUNDING, LLC | | 07/13/2022 | 2014702 | $1,212.59 | $0.00 | $1,212.59 | 07/18/2022 |
| | | | | | Payment for 7/2022 | | | |
| 501-0 | GREGORY FUNDING, LLC | | 04/12/2022 | 2011623 | $1,212.59 | $0.00 | $1,212.59 | 04/20/2022 |
| | | | | | Payment for 1/2022 | | | |
| 501-0 | GREGORY FUNDING, LLC | | 04/12/2022 | 2011623 | $1,212.59 | $0.00 | $1,212.59 | 04/20/2022 |
| | | | | | Payment for 2/2022 | | | |
| 501-0 | GREGORY FUNDING, LLC | | 04/12/2022 | 2011623 | $1,212.59 | $0.00 | $1,212.59 | 04/20/2022 |
| | | | | | Payment for 3/2022 | | | |
| 501-0 | GREGORY FUNDING, LLC | | 04/12/2022 | 2011623 | $1,212.59 | $0.00 | $1,212.59 | 04/20/2022 |
| | | | | | Payment for 11/2021 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | GREGORY FUNDING, LLC | | 04/12/2022 | 2011623 | $1,212.59 | $0.00 | $1,212.59 | 04/20/2022 |
| | DisbDescrp: Payment for 8/2021 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 04/12/2022 | 2011623 | $1,212.59 | $0.00 | $1,212.59 | 04/20/2022 |
| | Payment for 9/2021 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 04/12/2022 | 2011623 | $1,212.59 | $0.00 | $1,212.59 | 04/20/2022 |
| | Payment for 10/2021 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 04/12/2022 | 2011623 | $1,212.59 | $0.00 | $1,212.59 | 04/20/2022 |
| | Payment for 4/2022 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 04/12/2022 | 2011623 | $1,212.59 | $0.00 | $1,212.59 | 04/20/2022 |
| | Payment for 12/2021 | | | | | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 07/14/2021 | 2002641 | $1,212.59 | $0.00 | $1,212.59 | 07/21/2021 |
| | Payment for 7/2021 | | | | | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 06/16/2021 | 2001663 | $1,212.59 | $0.00 | $1,212.59 | 06/22/2021 |
| | Payment for 6/2021 | | | | | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 05/18/2021 | 2000650 | $1,212.59 | $0.00 | $1,212.59 | 05/28/2021 |
| | Payment for 5/2021 | | | | | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 04/15/2021 | 1229276 | $1,212.59 | $0.00 | $1,212.59 | 04/21/2021 |
| | Payment for 4/2021 | | | | | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 03/17/2021 | 1228258 | $1,212.59 | $0.00 | $1,212.59 | 03/24/2021 |
| | Payment for 3/2021 | | | | | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 02/17/2021 | 1227243 | $1,212.59 | $0.00 | $1,212.59 | 02/24/2021 |
| | Payment for 2/2021 | | | | | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 01/19/2021 | 1226222 | $1,212.59 | $0.00 | $1,212.59 | 01/29/2021 |
| | Payment for 1/2021 | | | | | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 12/10/2020 | 1224437 | $1,212.59 | $0.00 | $1,212.59 | 12/24/2020 |
| | Payment for 12/2020 | | | | | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 11/03/2020 | 1223495 | $1,212.59 | $0.00 | $1,212.59 | 11/13/2020 |
| | Payment for 11/2020 | | | | | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 10/15/2020 | 1222671 | $1,212.59 | $0.00 | $1,212.59 | 10/27/2020 |
| | Payment for 10/2020 | | | | | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 09/17/2020 | 1221671 | $1,212.59 | $0.00 | $1,212.59 | 09/24/2020 |
| | Payment for 9/2020 | | | | | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 08/12/2020 | 1220611 | $1,212.59 | $0.00 | $1,212.59 | 08/20/2020 |
| | Payment for 8/2020 | | | | | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 07/07/2020 | 1219572 | $1,212.59 | $0.00 | $1,212.59 | 07/17/2020 |
| | Payment for 7/2020 | | | | | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 06/02/2020 | 1218542 | $1,212.59 | $0.00 | $1,212.59 | 06/23/2020 |
| | Payment for 6/2020 | | | | | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 05/06/2020 | 1217579 | $1,212.59 | $0.00 | $1,212.59 | 05/14/2020 |
| | Payment for 5/2020 | | | | | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 04/14/2020 | 1216540 | $1,212.59 | $0.00 | $1,212.59 | 04/22/2020 |
| | | | | | Payment for 4/2020 | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 03/12/2020 | 1215263 | $1,212.59 | $0.00 | $1,212.59 | 03/19/2020 |
| | | | | | Payment for 3/2020 | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 02/13/2020 | 1213943 | $1,212.59 | $0.00 | $1,212.59 | 02/20/2020 |
| | | | | | Payment for 2/2020 | | | |
| 501-0 | DITECH FINANCIAL LLC | | 01/16/2020 | 1212160 | $1,212.59 | $0.00 | $1,212.59 | 01/22/2020 |
| | | | | | Payment for 11/2019 | | | |
| 501-0 | DITECH FINANCIAL LLC | | 01/16/2020 | 1212160 | $1,212.59 | $0.00 | $1,212.59 | 01/22/2020 |
| | | | | | Payment for 12/2019 | | | |
| 501-0 | DITECH FINANCIAL LLC | | 01/16/2020 | 1212160 | $1,212.59 | $0.00 | $1,212.59 | 01/22/2020 |
| | | | | | Payment for 1/2020 | | | |
| | | | | Sub-totals: | $76,057.98 | $0.00 | $76,057.98 | |
| | | | | Grand Total: | $76,057.98 | $0.00 | | |

# Disbursements for Claim

Case: 19-04323    WAYNE LEE WALTMAN

SHELLPOINT MORTGAGE SERVICING  
PO BOX 10826  
GREENVILLE, SC  29603-

Acct No: Bankert Rd - PRE-ARREARS -  
ARREARS - 250 BANKERT ROAD

Sequence: 24  
Modify:  
Filed Date:  
Hold Code:

|  | Amt Sched: | $145,300.00 | Debt: | $54,041.53 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $0.00 | Paid: | $54,041.53 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | DisbDescrp |  |
| **5200** | **SHELLPOINT MORTGAGE SERVICING** | | | | | | | |
| 520-0 | SHELLPOINT MORTGAGE SERVICING |  | 11/19/2024 | 2042317 | $1,218.80 | $0.00 | $1,218.80 |  |
| 520-0 | SHELLPOINT MORTGAGE SERVICING |  | 08/07/2024 | 2039341 | $5,990.43 | $0.00 | $5,990.43 | 08/14/2024 |
| 520-0 | GREGORY FUNDING, LLC |  | 05/22/2024 | 2036367 | $1,524.74 | $0.00 | $1,524.74 | 05/28/2024 |
| 520-0 | GREGORY FUNDING, LLC |  | 04/17/2024 | 2035373 | $5,405.65 | $0.00 | $5,405.65 | 04/26/2024 |
| 520-0 | GREGORY FUNDING, LLC |  | 11/15/2023 | 2030675 | $2,567.06 | $0.00 | $2,567.06 | 11/21/2023 |
| 520-0 | GREGORY FUNDING, LLC |  | 09/19/2023 | 2028731 | $1,282.33 | $0.00 | $1,282.33 | 09/25/2023 |
| 520-0 | GREGORY FUNDING, LLC |  | 08/09/2023 | 2027724 | $1,427.53 | $0.00 | $1,427.53 | 08/16/2023 |
| 520-0 | GREGORY FUNDING, LLC |  | 07/11/2023 | 2026757 | $4,231.60 | $0.00 | $4,231.60 | 07/21/2023 |
| 520-0 | GREGORY FUNDING, LLC |  | 03/15/2023 | 2022844 | $1,141.93 | $0.00 | $1,141.93 | 03/20/2023 |
| 520-0 | GREGORY FUNDING, LLC |  | 09/13/2022 | 2016795 | $254.32 | $0.00 | $254.32 | 09/19/2022 |
| 520-0 | GREGORY FUNDING, LLC |  | 07/13/2022 | 2014704 | $11,039.10 | $0.00 | $11,039.10 | 07/20/2022 |
| 520-0 | GREGORY FUNDING, LLC |  | 04/12/2022 | 2011624 | $3,738.35 | $0.00 | $3,738.35 | 04/21/2022 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC |  | 07/14/2021 | 2002642 | $1,113.45 | $0.00 | $1,113.45 | 07/21/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC |  | 06/16/2021 | 2001664 | $1,113.45 | $0.00 | $1,113.45 | 06/22/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 05/18/2021 | 2000651 | $11,992.79 | $0.00 | $11,992.79 | 05/28/2021 |
| | | | | Sub-totals: | $54,041.53 | $0.00 | $54,041.53 | |
| | | | | Grand Total: | $54,041.53 | $0.00 | | |