| | |
|---|---|
| In re: | Case No. 19-04323-HWV |
| Wayne Lee. Waltman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 15, 2025 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Wayne Lee. Waltman, 250 Bankert Road, Hanover, PA 17331-8612 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGEBACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Joshua I Goldman | on behalf of Creditor U.S. Bank National Association as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, MortgageBacked Securities, Series 2021-NPL1 as serviced by NewRez LLC d/b/a She josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Karina Velter | |

| | |
|---|---|
| | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGEBACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE karina.velter@powerskirn.com, brausch@pincuslaw.com |
| Sarah K. McCaffery | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGEBACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| Tony Santo Sangiamo | on behalf of Debtor 1 Wayne Lee. Waltman tsanlaw@gmail.com kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Wayne Lee. Waltman,<br>**Debtor 1** | Chapter 13<br>Case No. 1:19−bk−04323−HWV |

Social Security No.:
xxx−xx−2377

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: January 15, 2025

**fnldec** (01/22)